ALVERSON, TAYLOR,
MORTENSEN & SANDERS
JONATHAN B. OWENS, ESQ.
Nevada Bar No. 7118
7401 West Charleston Blvd
Las Vegas, NV 89117
Telephone: 702-384-7000
Facsimile: 702-385-7000
efile@alversontaylor.com
jowens@alversontaylor.com
Attorneys for Defendants,
AMGEN, Inc. and Sharon Agnew

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| H.A. THILAKA JINADASA and INDRA KAPUWALAGE JINADASA,<br><br>Plaintiffs,<br><br>v.<br><br>SHARON AGNEW, AMGEN INC., HERTZ CORPORATION, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Civil Action No. 2:11-cv-02018-PMP-GWF |

## SUBSTITUTION OF COUNSEL

Defendants, AMGEN, INC., and SHARON AGNEW, hereby substitute the firm of ALVERSON, TAYLOR, MORTENSEN & SANDERS as its attorneys of record in this matter,

\\\

\\\

\\\

\\\

\\\

1

in the place and stead of the law firm of THARPE & HOWELL, LLP.

Dated this ____ day of January, 2012.               Dated this ____ day of January, 2012.

AMGEN, INC.

_____                   _____
NAME                                                SHARON AGNEW

_____
TITLE

    The law firm of THARPE & HOWELL, LLP, hereby agrees and consents to the substitution of the firm of ALVERSON, TAYLOR, MORTENSEN & SANDERS as the attorneys of record for AMGEN, INC., and SHARON AGNEW in this matter.

Dated this 11 day of January, 2012.

THARPE & HOWELL, LLP

_____
BYRON L. AMES, ESQ.
6897 W. Charleston Blvd.
Las Vegas, NV 89117

    The law firm of ALVERSON, TAYLOR, MORTENSEN & SANDERS hereby accepts substitution as counsel of record for AMGEN, INC., and SHARON AGNEW in this matter.

Dated this ____ day of January, 2012.

ALVERSON TAYLOR
MORTENSEN & SANDERS

_____
JONATHAN B. OWENS, ESQ.
7401 West Charleston Blvd
Las Vegas, NV 89117

*[Left margin: ALVERSON, TAYLOR, MORTENSEN & SANDERS, LAWYERS, 7401 WEST CHARLESTON BOULEVARD, LAS VEGAS, NEVADA 89117-1401, (702) 384-7000]*

2

in the place and stead of the law firm of THARPE & HOWELL, LLP.

Dated this 19th day of January, 2012.          Dated this 11th day of January, 2012.

AMGEN, INC.

_____          _____
*Nancy H. Newbury*                                   SHARON AGNEW
NAME

Director, Corporate Insurance
TITLE

The law firm of THARPE & HOWELL, LLP, hereby agrees and consents to the substitution of the firm of ALVERSON, TAYLOR, MORTENSEN & SANDERS as the attorneys of record for AMGEN, INC., and SHARON AGNEW in this matter.

Dated this ____ day of January, 2012.

THARPE & HOWELL, LLP

_____
BYRON L. AMES, ESQ.
6897 W. Charleston Blvd.
Las Vegas, NV 89117

The law firm of ALVERSON, TAYLOR, MORTENSEN & SANDERS hereby accepts substitution as counsel of record for AMGEN, INC., and SHARON AGNEW in this matter.

Dated this 20 day of January, 2012.

ALVERSON TAYLOR
MORTENSEN & SANDERS

IT IS SO ORDERED.

_____          _____
PHILIP M. PRO                                         JONATHAN B. OWENS, ESQ.
UNITED STATES DISTRICT JUDGE            7401 West Charleston Blvd
                                                          Las Vegas, NV 89117

Dated: January 23, 2012.